No. D–1147. IN RE DISBARMENT OF LEBEN. It is ordered that Jeffrey Michael Leben, of Yorktown Heights, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1148. IN RE DISBARMENT OF TREVASKIS. It is ordered that John P. Trevaskis, Jr., of Media, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1149. IN RE DISBARMENT OF GREENWALD. It is ordered that Michael I. Greenwald, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–6315. PEREZ v. LOUISIANA, 504 U. S. 962;

No. 91–1035. BUSSEY v. UNITED STATES, 504 U. S. 908;

No. 91–1402. BROIDA v. SMITH ET AL., 503 U. S. 1005;

No. 91–1563. AIU INSURANCE CO. ET AL. v. SUPERINTENDENT, MAINE BUREAU OF INSURANCE, 504 U. S. 986;

No. 91–1597. PENNSYLVANIA v. CHAMBERS, 504 U. S. 946;

No. 91–1655. GARDNER ET AL. v. RYAN, SECRETARY OF STATE OF ILLINOIS, ET AL., 504 U. S. 973;

No. 91–1683. POLYAK v. HULEN ET AL., 504 U. S. 957;

No. 91–1687. BLANKINSHIP ET AL. v. CINCO ENTERPRISES, INC., 504 U. S. 974;

No. 91–1761. PRAVDA v. UNITED STATES ET AL., 504 U. S. 974;

No. 91–6658. KINDER v. UNITED STATES, 504 U. S. 946;

No. 91–6828. NETELKOS v. UNITED STATES, 503 U. S. 908;

No. 91–7229. LABOUNTY v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, 504 U. S. 917;

No. 91–7461. CROSBY v. WALDNER, 503 U. S. 1007;

No. 91–7808. ISENBERG v. UNITED STATES, 504 U. S. 943;

No. 91–7838. DICKS v. UNITED STATES, 504 U. S. 925;

No. 91–7891. SMITH v. OKLAHOMA, 504 U. S. 959;

No. 91–7894. STOIANOFF v. WACHTLER, 504 U. S. 975;

No. 91–7916. ROTT v. CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL., 504 U. S. 959;

No. 91–7977.  BODINE *v.* DEPARTMENT OF TRANSPORTATION, 504 U. S. 929;

No. 91–7983.  EAST *v.* WEST ONE BANK, N. A., PERSONAL REPRESENTATIVE OF THE ESTATE OF LOGAN, 504 U. S. 976;

No. 91–8032.  MIDGYETTE *v.* GRAYSON, WARDEN, 504 U. S. 977;

No. 91–8085.  CASTILLO-MORALES ET AL. *v.* INTERNAL REVENUE SERVICE ET AL., 504 U. S. 961;

No. 91–8165.  TOSTE *v.* UNITED STATES POSTAL SERVICE, 504 U. S. 989; and

No. 91–8201.  FARKAS ET AL. *v.* ELLIS, 504 U. S. 989.  Petitions for rehearing denied.

No. 90–1599.  UNITED STATES *v.* FELIX, 503 U. S. 378.  Motion of respondent for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

No. 91–913.  PATTERSON, TRUSTEE *v.* SHUMATE, 504 U. S. 753.  Motion of petitioner to dispense with printing requirement for petition for rehearing granted.  Petition for rehearing denied.

No. 91–1447.  BINGHAM *v.* INLAND DIVISION OF GENERAL MOTORS, 504 U. S. 965.  Petition for rehearing denied.  JUSTICE BLACKMUN would call for a response to the petition for rehearing.

AUGUST 25, 1992

No. A–112 (92–265).  IN RE VASQUEZ, WARDEN, ET AL.  Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

AUGUST 27, 1992

No. A–108 (92–253).  ILLINOIS DEPARTMENT OF CORRECTIONS *v.* FLOWERS.  C. A. 7th Cir.  Application for stay, addressed to